IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-00663-REB-SKC

SEBASTIAN ARAMENDIA,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, a corporation; and
THE PROGRESSIVE CORPORATION, a corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal of Entire Action, With Prejudice** [#12][1] filed June 5, 2023. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Entire Action, With Prejudice** [#12] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings, including the Scheduling Conference set June 15, 2023 before Judge S. Kato Crews, are vacated; and

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4.  That this case is closed.

Dated June 6, 2023, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge